# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RUBIO'S RESTAURANTS, INC.,<br>                        Debtor.<br>Tax I.D. No. 33-0100303 | Chapter 11<br><br>Case No. 20-12688 (MFW) |
| In re:<br><br>MRRC HOLD CO.,<br>                        Debtor.<br>Tax I.D. No. 27-2521242 | Chapter 11<br><br>Case No. 20-12689 (MFW) |
| In re:<br><br>RUBIO'S RESTAURANTS OF NEVADA, INC.,<br>                        Debtor.<br>Tax I.D. No. 88-0377609 | Chapter 11<br><br>Case No. 20-12690 (MFW) |
| In re:<br><br>RUBIO'S INCENTIVES, LLC,<br>                        Debtor.<br>Tax I.D. No. 26-4449359 | Chapter 11<br><br>Case No. 20-12691 (MFW)<br><br>**Ref. Docket No. 3** |

## ORDER DIRECTING JOINT ADMINISTRATION OF
## RELATED CHAPTER 11 CASES; AND GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") directing joint administration of these cases for procedural purposes only, and granting related relief, all as more

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Each of the above-captioned chapter 11 cases is consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 20-12688 (MFW).

3. The caption of the jointly administered cases shall read as follows:

27247904.2

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RUBIO'S RESTAURANTS, INC., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 20-12688 (MFW)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Rubio's Restaurants, Inc. (0303); MRRC Hold Co. (1242); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.

4. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

5. The Clerk of the Court shall make a docket entry in each Debtor's Chapter 11 Case (except that of Rubio's Restaurants, Inc.) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Bankruptcy Rules and Local Rule 1015-1 directing joint administration for procedural purposes only of the chapter 11 cases of: Rubio's Restaurants, Inc., Case No. 20-12688 (MFW); MRRC Hold Co., Case No. 20-12689 (MFW); Rubio's Restaurants of Nevada, Inc., Case No. 20-12690 (MFW); and Rubio's Incentives, LLC, Case No. 20-12691 (MFW). The docket in Case No. 20-12688 (MFW) should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be

27247904.2

3

without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 27th, 2020**
27247904.2 **Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**