**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MRRC HOLD CO.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12689 (MFW)<br><br>**Hearing Date: March 25, 2021 at 11:30 a.m. (ET)**<br>**Objection Deadline: March 3, 2021 at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST MONTHLY AND FINAL APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RUBIO'S RESTAURANTS, INC., *ET AL.*, FOR THE PERIOD NOVEMBER 10, 2020 THROUGH DECEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Potter Anderson & Corroon LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | December 16, 2020 *nunc pro tunc* to November 10, 2020 |
| Period for which compensation and reimbursement are sought: | November 10, 2020 through December 30, 2020 |
| Final Amount of Compensation sought as actual, reasonable, and necessary: | $123,297.00 |
| Final Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,661.46 |

This is a(n): ___ monthly ___ interim X final application

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1242 and the Reorganized Debtor's mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of December 30, 2020: Rubio's Restaurants, Inc. (0303); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). [See Chapter 11 Case No. 20-12688, Docket No. 335].

**FINAL COMPENSATION BY PROFESSIONAL**
**NOVEMBER 10, 2020 THROUGH DECEMBER 30, 2020**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher M. Samis | Joined firm as a Partner in 2019. Member of DE & PA Bars since 2006. | $745 | 78.8 | $58,706.00 |
| L. Katherine Good | Joined firm as a Partner in 2019. Member of PA Bar since 2007. Member of DE Bar since 2008. | $715 | 8.6 | $6,149.00 |
| Aaron H. Stulman | Joined firm as an Associate in 2019. Member of DE Bar since 2012. Member of NY Bar since 2014. | $495 | 73.7 | $36,481.50 |
| D. Ryan Slaugh | Joined firm as an Associate in 2016. Member of DE Bar since 2016. | $450 | 3.2 | $1,440.00 |
| Andrew L. Brown | Joined firm as a Law Clerk in September 2020. | $385 | 21.0 | $8,085.00 |
| Cynthia S. Giobbe | Joined firm as a Paralegal in 2019. Paralegal since 2003. | $305 | 38.3 | $11,681.50 |
| Nolley M. Rainey | Joined firm in 2007. Paralegal since 2016. | $290 | 0.5 | $145.00 |
| Lauren C. Huber | Joined firm as a Paralegal in 2019. Paralegal since 2018. | $290 | 2.1 | $609.00 |
| | | **TOTAL** | **226.2** | **$123,297.00** |

| | |
|---|---|
| **Grand Total** | **$123,297.00** |
| **Attorney Compensation** | **$110,861.50** |
| **Total Attorney Hours** | **185.3** |
| **Blended Attorney Rate** | **$598.28** |

**FINAL COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 10, 2020 THROUGH DECEMBER 30, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (AA) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (AP) | 1.8 | $891.00 |
| Business Operations (BO) | 29.4 | $16,630.00 |
| Case Administration (CA) | 33.9 | $15,469.00 |
| Court Appearances/Communications/Hearings (CH) | 10.6 | $5,130.50 |
| Creditor Inquiries (CI) | 0.5 | $247.50 |
| Financing/Cash Collateral/DIP (CR) | 18.4 | $10,653.50 |
| Employment Applications/Objections (EA) | 45.0 | $22,710.50 |
| Employee Benefits/Pensions (EB) | 4.4 | $3,003.00 |
| Executory Contracts and Leases (EC) | 4.9 | $2,732.50 |
| Fee Applications/Objections (FA) | 4.5 | $2,203.50 |
| Tax Issues/Corporate Matters (MA) | 0.3 | $148.50 |
| Committee Communications/Meetings (MC) | 23.7 | $12,786.50 |
| Relief from Stay Proceedings (MR) | 0.0 | $0.00 |
| Claims Administration and Objections (PC) | 0.4 | $198.00 |
| Plan and Disclosure Statement (PL) | 41.3 | $26,858.50 |
| Asset Disposition/Use, Sale (SA) | 0.0 | $0.00 |
| Communications with Debtors or Trustee (TR) | 6.1 | $2,964.50 |
| Utilities (UM) | 1.0 | $670.00 |
| Valuation (VT) | 0.0 | $0.00 |
| Non-Working Travel (NWT) | 0.0 | $0.00 |
| **TOTAL** | **226.2** | **$123,297.00** |

**FINAL EXPENSE CATEGORY**
**NOVEMBER 10, 2020 THROUGH DECEMBER 30, 2020**

| Expense Category | Amount |
|---|---|
| Copies (10 cents per page) | $0.00 |
| Color Copies (25 cents per page) | $0.00 |
| Digital Scanning/Reproduction | $0.00 |
| Outside Printing | $937.05 |
| Legal Research | $41.56 |
| Postage | $0.00 |
| Federal Express | $0.00 |
| Long Distance / Client Telephone | $156.26 |
| Miscellaneous Court Costs | $439.99 |
| Pacer Electronic Records | $86.60 |
| Special Delivery & Daily Runner Services (Parcels, Inc.) | $0.00 |
| Court Reporter (Reliable) | $0.00 |
| Overtime | $0.00 |
| Meals | $0.00 |
| **TOTAL** | **$1,661.46** |

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**FOR THE FINAL COMPENSATION PERIOD OF**
**NOVEMBER 10, 2020 THROUGH DECEMBER 30, 2020**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed<br>Firm-wide for preceding Fiscal year (FY2019)[1] | Billed<br>November 10, 2020 through December 30, 2020 |
| Partner | $707.00 | $742.05 |
| Counsel | $413.00 | $0.00 |
| Associate | $355.00 | $469.93 |
| Paralegal | $271.00 | $304.05 |
| Aggregated | $508.00 | $545.08 |

[1] The billable rates for Potter Anderson attorneys are adjusted on October 1st of each year. In addition, the date in this column excludes FY 2019 blended hourly rate information for the Bankruptcy and Corporate Restructuring Section at Potter Anderson as well as fees billed in connection with certain fixed fee and contingency fee arrangements.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MRRC HOLD CO.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12689 (MFW) |

**BUDGET[2] FOR FIRST MONTHLY AND FINAL APPLICATION OF POTTER ANDERSON& CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RUBIO'S RESTAURANTS, INC., *ET AL.*, FOR THE PERIOD NOVEMBER 10, 2020 THROUGH DECEMBER 30, 2020**

Date Retention Approved: December 16, 2020 *nunc pro tunc* to November 10, 2020

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|
| Asset Analysis and Recovery (AA) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (AP) | 0.0 | $0.00 |
| Business Operations (BO) | 25.0 | $14,375.00 |
| Case Administration (CA) | 40.0 | $23,000.00 |
| Court Appearances/Communications /Hearings (CH) | 15.0 | $8,625.00 |
| Creditor Inquiries (CI) | 0.0 | $0.00 |
| Financing/Cash Collateral/DIP (CR) | 20.0 | $11,500.00 |

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1242 and the Reorganized Debtor's mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of December 30, 2020: Rubio's Restaurants, Inc. (0303); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). [See Chapter 11 Case No. 20-12688, Docket No. 335].

[2] The Estimated Fees are calculated by multiplying the Estimated Hours by $575.00, the approximate rate of the lead Potter Anderson & Corroon LLP attorneys working on the cases.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|
| Employment Applications/Objections (EA) | 40.0 | $23,000.00 |
| Employee Benefits/Pensions (EB) | 5.0 | $2,875.00 |
| Executory Contracts and Leases (EC) | 5.0 | $2,875.00 |
| Fee Applications/Objections (FA) | 5.0 | $2,875.00 |
| Tax Issues/Corporate Matters (MA) | 0.0 | $0.00 |
| Committee Communications/Meetings (MC) | 30.0 | $17,250.00 |
| Relief from Stay Proceedings (MR) | 0.0 | $0.00 |
| Claims Administration and Objections (PC) | 0.0 | $0.00 |
| Plan and Disclosure Statement (PL) | 55.0 | $31,625.00 |
| Asset Disposition/Use, Sale (SA) | 0.0 | $0.00 |
| Communications with Debtors or Trustee (TR) | 5.0 | $2,875.00 |
| Utilities (UM) | 0.0 | $0.00 |
| Valuation (VT) | 0.0 | $0.00 |
| Non-Working Travel (NWT) | 0.0 | $0.00 |
| **TOTAL** | **245.0** | **$140,875.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MRRC HOLD CO.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12689 (MFW) |

**STAFFING PLAN FOR FIRST MONTHLY AND FINAL APPLICATION OF POTTER ANDERSON& CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RUBIO'S RESTAURANTS, INC., *ET AL.*, FOR THE PERIOD NOVEMBER 10, 2020 THROUGH DECEMBER 30, 2020**

Date Retention Approved: December 16, 2020 *nunc pro tunc* to November 10, 2020

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 1 | $745.00 |
| Associates | 2 | $440.00 |
| Paralegal | 1 | $305.00 |

1 The last four digits of the Reorganized Debtor's federal tax identification number are 1242 and the Reorganized Debtor's mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of December 30, 2020: Rubio's Restaurants, Inc. (0303); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). [See Chapter 11 Case No. 20-12688, Docket No. 335].

**SUMMARY OF FEES AND HOURS**
**BUDGETED COMPARED TO FEES AND HOURS BILLED**

| PROJECT CATEGORY | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Asset Analysis and Recovery (AA) | 0.0 | 0.0 | $0.00 | $0.00 |
| Litigation/Adversary Proceedings (AP) | 0.0 | 1.8 | $0.00 | $891.00 |
| Business Operations (BO) | 25.0 | 29.4 | $14,375.00 | $16,630.00 |
| Case Administration (CA) | 40.0 | 33.9 | $23,000.00 | $15,469.00 |
| Court Appearances/Communications /Hearings (CH) | 15.0 | 10.6 | $8,625.00 | $5,130.50 |
| Creditor Inquiries (CI) | 0.0 | 0.5 | $0.00 | $247.50 |
| Financing/Cash Collateral/DIP (CR) | 20.0 | 18.4 | $11,500.00 | $10,653.50 |
| Employment Applications/Objections (EA) | 40.0 | 45.0 | $23,000.00 | $22,710.50 |
| Employee Benefits/Pensions (EB) | 5.0 | 4.4 | $2,875.00 | $3,003.00 |
| Executory Contracts and Leases (EC) | 5.0 | 4.9 | $2,875.00 | $2,732.50 |
| Fee Applications/Objections (FA) | 5.0 | 4.5 | $2,875.00 | $2,203.50 |
| Tax Issues/Corporate Matters (MA) | 0.0 | 0.3 | $0.00 | $148.50 |
| Committee Communications/Meetings (MC) | 30.0 | 23.7 | $17,250.00 | $12,786.50 |
| Relief from Stay Proceedings (MR) | 0.0 | 0.0 | $0.00 | $0.00 |
| Claims Administration and Objections (PC) | 0.0 | 0.4 | $0.00 | $198.00 |
| Plan and Disclosure Statement (PL) | 55.0 | 41.3 | $31,625.00 | $26,858.50 |
| Asset Disposition/Use, Sale (SA) | 0.0 | 0.0 | $0.00 | $0.00 |
| Communications with Debtors or Trustee (TR) | 5.0 | 6.1 | $2,875.00 | $2,964.50 |
| Utilities (UM) | 0.0 | 1.0 | $0.00 | $670.00 |

| PROJECT CATEGORY | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Valuation (VT) | 0.0 | 0.0 | $0.00 | $0.00 |
| Non-Working Travel (NWT) | 0.0 | 0.0 | $0.00 | $0.00 |
| **TOTAL** | **245.0** | **226.2** | **$140,875.00** | **$123,297.00** |

**ADDITIONAL INFORMATION RELATED**
**TO FINAL FEE APPLICATION**

| | |
|---|---|
| Are Rates in Final Fee Application Higher than those Approved or Disclosed at Retention? | No. |
| Total Compensation Requested: | $123,297.00 (fees)<br>$1,661.46 (expenses) |
| Compensation Sought in this Final Application Approved to Date Pursuant to the Interim Compensation Order: | $0.00 (fees)<br>$0.00 (expenses) |
| Compensation Sought in this Final Application Already Paid Pursuant to the Interim Compensation Order: | $0.00 (fees)<br>$0.00 (expenses) |
| Compensation Sought in this Final Application Not Yet Paid: | $123,297.00 (fees)<br>$1,661.46 (expenses) |
| Number of Professionals Included in this Final Application: | 8 |
| If Applicable, Number of Professionals in this Final Application Not Included in Staffing Plan Approved by Client: | 4[1] |
| If Applicable, Difference Between Fees Budgeted and Fees Incurred for the Final Compensation Period: | ($17,578.00) |

[1] One partner, one associate and two paraprofessionals not included in the Staffing Plan were utilized to perform discrete and time sensitive tasks.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MRRC HOLD CO.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12689 (MFW)<br><br>**Hearing Date: March 25, 2021 at 11:30 a.m. (ET)**<br>**Objection Deadline: March 3, 2021 at 4:00 p.m. (ET)** |

**FIRST MONTHLY AND FINAL APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RUBIO'S RESTAURANTS, INC., *ET AL.*, FOR THE PERIOD NOVEMBER 10, 2020 THROUGH DECEMBER 30, 2020**

Pursuant to Sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief* [Docket No. 162] (the "Administrative Order"), Potter Anderson & Corroon LLP ("Potter Anderson") hereby files this *First Monthly and Final Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors of Rubio's Restaurants, Inc., et al., for the Period November 10, 2020 Through December 30, 2020*

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1242 and the Reorganized Debtor's mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of December 30, 2020: Rubio's Restaurants, Inc. (0303); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). [See Chapter 11 Case No. 20-12688, Docket No. 335].

(the "Application"). By the Application, Potter Anderson seeks a final allowance pursuant to the Administrative Order with respect to the sums of $123,297.00 as compensation and $1,661.46 for reimbursement of actual and necessary expenses, for a total of $124,958.46 for the period November 10, 2020 through December 30, 2020 (the "Final Compensation Period"). In support of this Application, Potter Anderson respectfully represents as follows:

**Background**

1. On October 26, 2020 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions with this Court for relief under chapter 11 of the Bankruptcy Code. On October 27, 2020, this Court entered an order directing joint administration of the Debtors' chapter 11 cases for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 [Docket No. 49]. No trustee or examiner has been appointed in these chapter 11 cases.

2. On November 9, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee"), consisting of the following three members: (i) CAPREF Paseo, LLC; (ii) C21, LLC; and (iii) Regency Centers, L.P. [Docket No. 105].

3. On November 10, 2020, the Committee selected Hogan Lovells US LLP and Potter Anderson as its proposed co-counsel in these chapter 11 cases. On November 11, 2020 the Committee selected Emerald Capital Advisors as its proposed financial advisor in these chapter 11 cases.

4. On December 16, 2020, the Court entered the *Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Co-Counsel to the Official Committee of Unsecured Creditors of Rubio's Restaurants, Inc., et al., Effective as of November 10, 2020* [Docket No. 290].

**Compensation Paid and its Source**

5. All services for which compensation are requested by Potter Anderson were performed for or on behalf of the Committee.

6. Potter Anderson has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Potter Anderson and any other person other than the Partners of Potter Anderson for the sharing of compensation to be received for services rendered in these cases.

**Fee Statement**

7. The fee statement for the Final Compensation Period is attached hereto as **Exhibit B**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for the Final Compensation Period. To the best of Potter Anderson's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, Local Rule 2016-2, applicable Third Circuit law and the Administrative Order.

**Actual and Necessary Expenses**

8. A summary of actual and necessary expenses and daily logs of expenses incurred by Potter Anderson during the Final Compensation Period is attached hereto as **Exhibit C**. Potter Anderson charges all of its bankruptcy clients $0.10 per page for photocopying ($0.80 for color copies) expenses and $0.10 per page for printing. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

9. Regarding providers of online legal research (*e.g.*, LEXIS and WESTLAW), Potter Anderson currently is under contract to pay these providers at an agreed upon discounted rate.

Further, Potter Anderson passes such discount onto its clients by charging clients a pro-rated rate, based on searches ran, of Potter Anderson's discounted rate with the online-providers.

10. Potter Anderson believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Potter Anderson believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

11. The Potter Anderson attorneys who have rendered professional services in these cases are as follows: Christopher M. Samis, L. Katherine Good, Aaron H. Stulman and D. Ryan Slaugh. The law clerk who has rendered services in these cases is Andrew L. Brown[2]. The paraprofessionals who have provided services to these attorneys in these cases are as follows: Cynthia S. Giobbe, Nolley M. Rainey and Lauren C. Huber.

12. Potter Anderson, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with these cases and has performed all necessary professional services, which are described and narrated in detail hereinafter.

AA. Asset Analysis and Recovery

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to investigation of Debtors' assets other than for

[2] Andrew L. Brown is a law clerk, with a pending application for Limited Practice Privilege under the August 12, 2020 order of the Delaware Supreme Court.

litigation, valuation or sale purposes.

AP. Litigation/Adversary Proceedings

Fees: $891.00; Total Hours: 1.8

This category includes all matters relating to litigation and adversary proceedings.

BO. Business Operations

Fees: $16,630.00; Total Hours: 29.4

This category includes all matters related to transactional corporate governance, and other matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

CA. Case Administration

Fees: $15,469.00; Total Hours: 33.9

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, critical date lists, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

CH. Court Appearances/Communications/Hearings

Fees: $5,130.50; Total Hours: 10.6

This category includes all matters relating to preparation for and attendance at court hearings.

CI. Creditor Inquiries

Fees: $247.50; Total Hours: 0.5

This category includes all matters related to responding to creditor inquiries.

CR. Financing/Cash Collateral/DIP

Fees: $10,653.50; Total Hours: 18.4

This category includes all matters relating to the negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

EA. Employment Applications/Objections

Fees: $22,710.50; Total Hours: 45.0

This category includes all matters related to preparing applications to retain Potter Anderson, time spent reviewing applications for retention of other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

EB. Employee Benefits/Pensions

Fees: $3,003.00; Total Hours: 4.4

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA and retirement benefits.

EC. Executory Contracts and Leases

Fees: $2,732.50; Total Hours: 4.9

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

FA. Fee Applications/Objections

Fees: $2,203.50; Total Hours: 4.5

This category includes all time spent preparing, reviewing, filing and circulating monthly invoices and fee applications for Potter Anderson and other professionals, reviewing and objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

MA. Tax Issues/Corporate Matters

Fees: $148.50; Total Hours: 0.3

This category includes all federal and state income, property, employment, excise and other tax matters, other than tax aspects of the plan or reorganization.

MC. Committee Communications/Meetings

Fees: $12,786.50; Total Hours: 23.7

This category includes all communications and meetings with or between the Committee and its counsel.

MR. Relief from Stay Proceedings

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to drafting, negotiations and objections related to stay relief motions.

PC. Claims Administration and Objections

Fees: $198.00; Total Hours: 0.4

This category includes all matters related to claims administration and bar date issues, and claims objections and related contested matters.

PL. Plan and Disclosure Statement

Fees: $26,858.50; Total Hours: 41.3

This category includes all matters related to the review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements and related corporate documentation and all research relating thereto.

SA. Asset Disposition/Use, Sale

Fees: $0.00; Total Hours: 0.0

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

TR. Communications with Debtors or Trustee

Fees: $2,964.50; Total Hours: 6.1

This category includes all communications with the Debtors or their advisors related to the bankruptcy cases and not otherwise subsumed within another category.

UM. Utilities

Fees: $670.00; Total Hours: 1.0

This category includes all matters related to utility issues.

VT. Valuation

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to valuation of assets.

NWT. Non-Working Travel

Fees: $0.00; Total Hours: 0.0

This category includes all time not otherwise chargeable.

**Valuation of Services**

13. Attorneys, law clerks and paraprofessionals of Potter Anderson have expended a total of 226.2 hours in connection with this matter during the Final Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Christopher M. Samis | 78.8 | $745 |
| L. Katherine Good | 8.6 | $715 |
| Aaron H. Stulman | 73.7 | $495 |
| D. Ryan Slaugh | 3.2 | $450 |

| LAW CLERKS | | |
|---|---|---|
| Andrew L. Brown | 21.0 | $385 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Cynthia S. Giobbe | 38.3 | $305 |
| Nolley M. Rainey | 0.5 | $290 |
| Lauren C. Huber | 2.1 | $290 |

14. The nature of the work performed by these persons is fully set forth in Exhibit B attached hereto. These are Potter Anderson's normal hourly rates for work of this character. The reasonable value of the services rendered by Potter Anderson to the Committee during the Final Compensation Period is $123,297.00.

15. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Potter Anderson is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title. Moreover, Potter Anderson has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Potter Anderson respectfully requests that the Court authorize that for the Final Compensation Period, an allowance be made to Potter Anderson pursuant to the terms of the Administrative Order, with respect to the sum of $123,297.00, as compensation for necessary professional services rendered and the sum of $1,661.46 as reimbursement of actual necessary costs and expenses, for a total of $124,958.46 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: February 16, 2021
Wilmington, Delaware

Respectfully submitted,

*/s/ Aaron H. Stulman*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
kgood@potteranderson.com
astulman@potteranderson.com

*Co-Counsel for the Official Committee of Unsecured Creditors*