**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MRRC HOLD CO.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12689 (MFW)<br><br>**Hearing Date: March 25, 2021 at 11:30 a.m. (ET)**<br>**Objection Deadline: March 3, 2021 at 4:00 p.m. (ET)** |

**SUMMARY OF COMBINED FIRST MONTHLY AND FINAL FEE APPLICATION OF EMERALD CAPITAL ADVISORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 11, 2020 THROUGH DECEMBER 21, 2020**

| | |
|---|---|
| Name of Applicant: | Emerald Capital Advisors |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Rubio's Restaurants, Inc., e*t al.* |
| Date of Retention: | December 18, 2020 *nunc pro tunc* to November 11, 2020 |
| Monthly Period for which Compensation/ Reimbursement is Sought: (**"First Monthly and Final Fee Period**"): | November 11, 2020 through December 21, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $162,185.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $223.65 |
| This is a(n): | First Monthly and Final Fee Application |

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1242 and the Reorganized Debtor's mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of December 30, 2020: Rubio's Restaurants, Inc. (0303); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). [See Chapter 11 Case No. 20-12688, Docket No. 335].

## PRIOR MONTHLY FEE APPLICATION HISTORY

**N/A**

## FEE SUMMARY BY PROFESSIONAL FOR FIRST MONTHLY AND FINAL FEE PERIOD

| Professional | Title | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John P. Madden | Founder and Managing Partner | $800.00 | 47.7 | $38,160.00 |
| Ryan M. O'Sullivan | Managing Partner | $750.00 | 12.9 | $9,675.00 |
| Christopher C. Saitta | Vice President | $550.00 | 122.9 | $67,595.00 |
| Daniel J. Pace | Associate | $450.00 | 44.4 | 19,980.00 |
| Ray W. Hudson | Analyst | $350.00 | 76.5 | 26,775.00 |
| **Total Fees** | | **$532.80** | **304.4** | **$162,185.00** |

## FEE SUMMARY BY TASK CODE PROFESSIONAL FOR FIRST MONTHLY AND FINAL FEE PERIOD

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| 1 | Analysis of Claims / Liabilities | 16.3 | $8,800.00 |
| 2 | Asset Analysis and Recovery | 10.5 | 6,035.00 |
| 3 | Asset Disposition / §363 Sale Auction | -- | -- |
| 4 | Bankruptcy Filings & Document Review | 34.1 | 15,825.00 |
| 5 | Case Administration / Management / Strategy | 30.1 | 16,365.00 |
| 6 | Cash Flow & Liquidity Analysis | 6.8 | 3,675.00 |
| 7 | Committee Related Matters | 18.3 | 10,010.00 |
| 8 | Court Testimony, Preparation & Attendance | -- | -- |
| 9 | Debtor Professionals - Meetings / Discussions | 17.6 | 10,575.00 |
| 10 | Due Diligence | 27.0 | 14,465.00 |
| 11 | Financial Review / Analysis / Report Preparation | 92.1 | 48,230.00 |
| 12 | Financing Matters (DIP, Exit, Other) | 12.1 | 6,320.00 |
| 13 | Plan and Disclosure Statement | 1.7 | 1,225.00 |
| 14 | Professional Retention / Fee Application Preparation | 8.1 | 3,945.00 |
| 15 | UCC Professionals - Meetings / Discussions | 29.7 | 16,715.00 |
| 16 | Travel Time Billed at 1/2 Actual Time | -- | -- |
| **Total Fees** | | **304.4** | **$162,185.00** |

## SUMMARY OF EXPENSES FOR FIRST MONTHLY AND FINAL FEE PERIOD

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1) Ground Transportation (cabs / cars) | $ -- |
| 2) Meals | -- |
| 3) Travel - Lodging | -- |
| 4) Communication Related | 87.05 |
| 5) Printing / Copying / Other | 69.70 |
| 6) Travel - Train | -- |
| 7) Other / Miscellaneous | 66.90 |
| **Total Disbursements** | **$223.65** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MRRC HOLD CO.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12689 (MFW)<br><br>**Hearing Date: March 25, 2021 at 11:30 a.m. (ET)**<br>**Objection Deadline: March 3, 2021 at 4:00 p.m. (ET)** |

**COMBINED FIRST MONTHLY AND FINAL FEE APPLICATION OF EMERALD CAPITAL ADVISORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 11, 2020 THROUGH DECEMBER 21, 2020**

Emerald Capital Advisors ("Emerald" or "Applicant"), hereby submits this Combined First Monthly and Final Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as financial advisor to the Official Committee of Unsecured Creditors for the Period from November 11, 2020 through December 21, 2020 (the "Application") pursuant to Administrative Order Establishing Procedures for Monthly, Interim, and Final Compensation and Reimbursement of Expenses of Professionals Retained in These Chapter 11 Cases and [Docket No.162] ("Interim Compensation Order"). By this Application, Emerald, as financial advisor to the Official Committee of Unsecured Creditors in these cases (the "Committee"), seeks final approval of compensation in the amount of $162,185.00 and reimbursement of expenses

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1242 and the Reorganized Debtor's mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of December 30, 2020: Rubio's Restaurants, Inc. (0303); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). [See Chapter 11 Case No. 20-12688, Docket No. 335].

in the amount $223.65 for the period from November 11, 2020 through December 21, 2020 (the "First Monthly and Final Fee Period"), in support thereof, Emerald respectfully represents as follows:

**BACKGROUND**

1. On October 26, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continues to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On November 9, 2020, the Office of the United States Trustee for Region 3 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. The Committee is comprised of the following three (3) creditors: CAPREF Paseo, LLC; C21, LLC; and Regency Centers, L.P. [Docket No. 105]. On November 10, 2020, the Committee selected Hogan Lovells US LLP to serve as its counsel, and Potter Anderson & Corroon LLP to serve as co-counsel. On November 11, 2020, the Committee voted to retain Emerald as financial advisor to the Committee.

3. On December 18, 2020, the Court entered the Interim Compensation Order. The Interim Compensation Order provides that, on or after the 5th day of each calendar month, each Professional (as defined in the Interim Compensation Order) may file an application (a "Monthly Fee Application") with the Court for interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during any preceding month or months. If no objections are raised prior to the expiration of the applicable Objection Deadline (as defined in the Interim Compensation Order), the Professional may file a certificate of no objection with the Court following the expiration of such Objection Deadline, after which the

Debtors are authorized and directed to pay the Professional an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application and (ii) 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application that are not subject to an objection.

4. On November 30, 2020, the Official Committee of Unsecured Creditors filed the Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisors to the Official Committee of Unsecured Creditors nunc pro tunc to November 11, 2020 [Docket No. 221] (the "Retention Application").

5. On December 18, 2020, an Order was entered approving the Retention Application [Docket No. 297] (the “Retention Order”).

**JURISDICTION AND VENUE**

6. Pursuant to 28 U.S.C. §§ 157 and 1334, this Court has jurisdiction to consider and grant the relief requested herein. A proceeding to consider and grant such relief is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 328(a) and 1103(a) of the Bankruptcy Code. Relief is also proper pursuant to Bankruptcy Rule 2014 and Local Rules 2014-1 and 2016-2.[2]

[2] Pursuant to Local Rule 9013-1(f), the Committee hereby confirms its consent to the entry of a final order by this Court in connection with this Application if it is later determined that this Court, absent consent of the parties, cannot enter a final order or judgment with respect to this Application consistent with Article III of the United States Constitution.

## RELIEF REQUESTED

7. Emerald submits this Application seeking final allowance of compensation for actual and necessary professional services performed as financial advisor to the Committee in the total amount of $162,185.00 as well as reimbursement for actual and necessary out-of-pocket expenses incurred in the total amount of $223.65 for the covered period, and payment according to the procedures set forth in the Interim Compensation Order. The full scope of the services provided and the related expenses incurred are fully detailed in the attached Exhibits "A" and "B".

8. A summary containing the names of each Emerald professional rendering services for the Committee during the covered period, their billing rates, the time expended by each professional, and the total value of time incurred by each professional are detailed in Exhibit "A". In addition, Exhibit "A" contains detailed time logs reflecting the time recorded for services rendered during the covered period and descriptions of the services provided, identified by project task categories. Further, the Exhibit "B" contains a breakdown of expenses incurred by Emerald during the covered period.

9. The professional services and related expenses for which Emerald requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in accordance with Emerald's professional responsibilities as financial advisor to the Committee. Emerald's services have been necessary and beneficial to the Committee, the Debtors, the Debtors' estates and creditors, and other parties in interest.

10. This Application covers the period from November 11, 2020 through December 21, 2020. Although every effort was made to include all fees and expenses from the covered period in this application, some fees and/or expenses from the covered period might not be included in this fee application due to delays in processing time and receipt of invoices for

expenses and/or for preparation of the instant application subsequent to the covered period. Accordingly, the Applicant reserves the right to make further applications for allowance of fees and expenses not included herein. Emerald believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Local Rules, the Interim Compensation Order, and the applicable guidelines and requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Executive Office for the United States Trustees.

11. This is Emerald's First Monthly and Final Fee Application.

**NOTICE**

12. Notice of the Application has been given to the following parties, or, in lieu thereof, to their counsel, if known: (i) the Debtors; (ii) the Office of the U.S. Trustee; (iii) Golub Capital Markets LLC; (iv) Mill Road Capital L.P.; and (v) any party who has filed a formal request for notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002. The Committee submits that, in light of the nature of the relief requested and the circumstances surrounding these Chapter 11 Cases, no other or further notice is required or necessary.

**CONCLUSION**

WHEREFORE, Emerald respectfully requests that the Court enter a final order: (a) approving compensation for services provided during the First Monthly and Final Fee Period from November 11, 2020 through December 21, 2020; (b) payment in the amount of $162,408.65, which represents $162,185.00 in fees and $223.65 in expenses for the First Monthly and Final Fee Application; and (c) granting Emerald such other relief as is appropriate under the circumstances.

Dated: February 16, 2021
Wilmington, Delaware

**EMERALD CAPITAL ADVISORS**

__________________________________
John P. Madden
150 East 52nd Street
15th Floor
New York, NY 10022

*Financial Advisor for the Official Committee of Unsecured Creditors of Rubio's Restaurants, Inc., et al.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MRRC HOLD CO.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12689 (MFW)<br><br>**Hearing Date: March 25, 2021 at 11:30 a.m. (ET)**<br>**Objection Deadline: March 3, 2021 at 4:00 p.m. (ET)** |

## CERTIFICATION

John P. Madden, pursuant to 28 U.S.C. § 1786, states as follows:

(a) I am the Founder and Managing Partner of Emerald Capital Advisors ("Emerald"), a financial advisory firm having expertise in turnaround and bankruptcy issues. I am a Certified Insolvency and Restructuring Advisor (CIRA).

(b) I have personally performed some of the services rendered by Emerald as financial advisors to the Committee and am generally familiar with the other work performed on behalf of the Committee by Emerald and staff in the firm.

(c) I have reviewed the forgoing First Monthly and Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such Rule.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated: February 16, 2021

John P. Madden
Emerald Capital Advisors

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1242 and the Reorganized Debtor's mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of December 30, 2020: Rubio's Restaurants, Inc. (0303); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). [See Chapter 11 Case No. 20-12688, Docket No. 335].