**EXHIBIT "1"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MRRC HOLD CO., | ) | Case No. 20-12689 (MFW) |
| | ) | |
| Reorganized Debtor. | ) | **Related to Docket No. 90** |

### ORDER GRANTING MOTION OF HAILEY PARKER TO PROCEED AGAINST REORGANIZED DEBTOR AS NOMINAL DEFENDANT IN STATE COURT ACTION

Upon consideration of the motion (Docket No. 90) (the "Motion") of Hailey Parker (the "Movant") for an order authorizing Movant to pursue recovery on account of damages as alleged in the Complaint for Damages and Demand for Jury Trial (the "Complaint"), in which she alleged a Hostile Work Environment, Sexual Harassment, and other and related causes of action in the Superior Court of the State of California in and for the County of Orange, Case No. 30-2019-01102253-CU-OE-CJC (the "State Court Action") as against the above-captioned Reorganized Debtor as a nominal party and as against any available insurance proceeds; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C §§ 1408 and 1409; and the Court having determined that granting the relief requested in the Motion is appropriate on the terms set forth in this Order;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Movant may proceed with the Complaint in the State Court Action as provided herein, without violation of any provision of the Plan, the Confirmation Order, any related Plan documents, or the United States Bankruptcy Code, listing Reorganized Debtor and any of its affiliated Debtor entities as a nominal party only, and which may include the taking of discovery

of the Reorganized Debtor and any of its affiliated Debtor entities, with all rights and defenses of the parties expressly preserved.

3. Movant shall limit her recovery in the State Court Action, if any, to applicable insurance proceeds, with no recovery from the Debtors' estates or the Reorganized Debtor.

4. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order, which shall not in any manner be deemed an expansion of this Court's jurisdiction over any matters pertaining to applicable insurance coverage, or be deemed a waiver by any party to challenge or object to this Court hearing any such matter between and among non-Debtor parties.