# EXHIBIT A

## Final Report

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MRRC HOLD CO.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12689 (MFW) |

**FINAL REPORT IN CHAPTER 11 CASE**

Pursuant to Local Rule 3022-1(c), the following is the final report regarding this chapter 11 case:

1. On the date hereof, the above-captioned reorganized debtor (the "Reorganized Debtor"), filed the *Reorganized Debtor's Motion for Entry of a Final Decree and Order Closing the Reorganized Debtor's Chapter 11 Case and Terminating All Claims and Noticing Services* (the "Motion").[2]

2. To the best of my knowledge, information and belief, the following chart sets forth the fees and expenses paid to the parties identified below for services rendered from the Petition Date through the Effective Date. Such amounts have been paid pursuant to the *Omnibus Order Approving Final Fee Applications of Retained Professionals* [Docket No. 79], as applicable.

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1242 and the Reorganized Debtor's mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of December 30, 2020: Rubio's Restaurants, Inc. (0303); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). [*See* Chapter 11 Case No. 20-12688, Docket No. 335].

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

| Firm | Fees & Expenses Paid |
|---|---|
| **Attorneys for the Debtor** | |
| 1. Ropes & Gray LLP | $489,758.00 |
| 2. Young Conaway Stargatt & Taylor, LLP | $423,542.82 |
| **Other Professionals for the Debtor** | |
| 1. BDO USA, LLP | $12,898.50 |
| 2. Gower Advisers LLC | $370,000.00 |
| 3. B. Riley Real Estate, LLC | $453,965.36 |
| 4. Bankruptcy Management Solutions, Inc. (d/b/a Stretto) | $31,845.96 |
| **Attorneys for the Official Committee of Unsecured Creditors** | |
| 1. Hogan Lovells US LLP | $158,545.63 |
| 2. Potter Anderson & Corroon LLP | $104,993.80 |
| **Other Professionals for the Official Committee of Unsecured Creditors** | |
| 1. Emerald Capital Advisors | $136,460.57 |

3. Through the third quarter of 2021, the Debtors have paid $252,775.00 in U.S. Trustee fees during the Debtor's chapter 11 case. The Reorganized Debtor will pay the U.S. Trustee fees for the fourth quarter of 2021 as provided for in the Motion once its final quarterly report has been prepared.

4. No trustee or examiner was appointed in the Debtor's chapter 11 case. Accordingly, no fees or expenses were incurred in respect of a trustee or examiner or their respective counsel and other professionals.

5. All allowed expenses arising from the administration of the Debtor's estate and its chapter 11 case, including, without limitation, all U.S. Trustee fees due and owing to the U.S. Trustee pursuant to 28 U.S.C. § 1930 prior to the date hereof, have been paid, and in the case of

any U.S. Trustee fees that will be due and owing for the fourth quarter of 2021, such fees will be paid in accordance with the Proposed Final Decree.

6. The Plan has been substantially consummated, and all distributions that were required to be made pursuant to the Plan have been or will be made no later than the December Hearing.

7. All motions, contested matters and other proceedings that were before this Court with respect to the Debtor's chapter 11 case have been resolved, dismissed or withdrawn.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on December 6, 2021

*/s/ Frank Henigman*
Frank Henigman