***In re MRRC Hold Co.***
**Case No. 20-12689 (MFW)**

**Notes to Post-Confirmation Report for the Quarter Ended December 22nd, 2021**

Reorganized Debtor MRRC Hold Co. is the Remaining Debtor. The Remaining Debtor does not have a bank account, made no disbursements during the case, and will make no disbursements post-confirmation for professional fees, payment of claims or other expenditures. Further, no disbursements were made post-confirmation or are anticipated to be made by another party on behalf of the Remaining Debtor.